

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Paul Leighton Prather
and Marcus Albert Prather,

\* From the 118th District Court
of Howard County,
Trial Court No. 53738

Vs. No. 11-20-00189-CV

\* May 12, 2022

Callon Petroleum Operating Company, Inc.;
Alldale Minerals II, LP; Case Energy
Partners, LLC; and Montaigne Minerals, LLC,

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Paul Leighton Prather and Marcus Albert Prather.